UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHESTER LEE PERRY,<br><br>             Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>             Defendant. | CASE NO. CV 08-6261 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and the matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: October 20, 2009

                                       ALICIA G. ROSENBERG
                              UNITED STATES MAGISTRATE JUDGE