1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff
6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CHESTER L. PERRY,                       ) Case No.: CV 08-6261AGR
                                             )
12 |        Plaintiff,                       ) ORDER AWARDING EQUAL
                                             ) ACCESS TO JUSTICE ACT
13 |    vs.                                  ) ATTORNEY FEES PURSUANT TO
                                             ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                      )
     Commissioner of Social Security,        )
15 |                                         )
            Defendant.                       )
16 | _____)

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20 rights, the amount of four thousand five hundred dollars and no cents ($4,500.00),

21 as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

22 Stipulation.

23 DATE: November 13, 2009

24                                      _____
25                                      UNITED STATES MAGISTRATE JUDGE
26

-1-